This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**No. A-1-CA-40084**

**NEW MEXICO CONSTRUCTION INDUSTRIES & MANUFACTURED HOUSING DIVISION,**

Petitioner-Appellee,

v.

**Y'HOSHUA COHEN,**

Respondent-Appellant,

and

**NANCY WOOD, BRENT R. WOOD, and ANY AND ALL JANE DOES WHO MAY IN ANY FORM OWN OR POSSESS THE PROPERTY AT 100 COWBOY/1113 LITTLE CREEK, ALTO, NEW MEXICO,**

Respondents.

**APPEAL FROM THE DISTRICT COURT OF LINCOLN COUNTY**
**John P. Sugg, District Judge**

Walsh Gallegos Trevino Russo & Kyle, P.C.
Linda May Trujillo
Albuquerque, NM

for Appellee

Y'Hoshua Cohen
La Luz, NM

Pro Se Appellant

**MEMORANDUM OPINION**

**ATTREP, Judge.**

**{1}** Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance has been filed, and the time for doing so has expired. **AFFIRMED.**

**{2}** **IT IS SO ORDERED.**

**JENNIFER L. ATTREP, Judge**

**WE CONCUR:**

**J. MILES HANISEE, Chief Judge**

**MEGAN P. DUFFY, Judge**